UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA GALLOWAY,

        Plaintiff,

vs.

PROGRESSIVE FINANCIAL SERVICES, INC.,

        Defendant.

Case No. 1:15-cv-00691
Hon. Judge Robert Holmes Bell

## NOTICE OF SETTLEMENT

The parties have settled and resolved this matter in its entirety and shall submit dismissal documents on or before October 8, 2015. Accordingly, the parties respctfully request that all pending orders and future dates be vacated.

| | |
|---|---|
| /s/ B. Thomas Golden (with consent) | /s/ Charity A. Olson |
| B. Thomas Golden (P70822) | Charity A. Olson (P68295) |
| GOLDEN LAW OFFICES, P.C. | OLSON LAW GROUP |
| 2186 West Main Street, P.O. Box 9 | 2723 S. State St. Suite 150 |
| Lowell, MI 49331 | Ann Arbor, MI 48104 |
| (616) 897-2900 | (734) 222-5179 |
| btg@bthomasgolden.com | colson@olsonlawpc.com |

Date: September 8, 2015